# JONES *v.* COOKE.

PATENTS; INTERFERENCE.

*Jones* v. *Cooke, ante,* 524, applied and followed.

No. 294.   Patent Appeals.   Submitted March 9, 1905.   Decided May 23, 1905.

HEARING on an appeal from a decision of the Commissioner of Patents in an interference case.                *Affirmed.*

*Mr. Horace Pettit* for the appellant.

*Mr. William W. Dodge* and *Mr. Jacob Felbel* for the appellee.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

This is the second interference proceeding between the appellants, Roger B. Jones and Abraham Merritt Taylor, and the appellee, William L. Cooke, involving priority of invention of an improvement in typewriting machines.

The issue is as follows:

"In a typewriting machine, the combination of a multiplex ribbon, holders for said ribbon, means for rotating said holders, automatic means for reciprocating said holders, and a spring controlled connection between said holders and said automatic means, for changing the relations between the same to confine the contact of the type to different portions of the width of said ribbon as the same is reciprocated."

This appeal has been argued and submitted with the case

above referred to (No. 293) [*ante*, 524] and rests upon the same evidence.

Having held in No. 293 that the evidence of Cooke showed a complete conception of the invention on and before March 1, 1902, and that he was exercising due diligence in the matter of reduction to practice when the appellants entered the field, it is only necessary to refer to the opinion in the former case, from which it follows that the decision here appealed from must be affirmed.

It is so ordered; and that the proceedings and decision of this court be certified to the Commissioner of Patents, as required by the law.                              *Affirmed.*